**Dismissed and Opinion Filed September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00026-CV

**JESSICA MANFRE, Appellant**
**V.**
**JOSEPH PAUL MANFRE, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19280**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By orders dated April 4, 2018 and May 8, 2018, we granted appellant's motions for extension of time to file her brief. In our May 8, 2018 order, we extended the time to file appellant's brief until June 4, 2018 and expressly cautioned appellant that failure to file her brief by June 4, 2018 might result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180026F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JESSICA MANFRE, Appellant

No. 05-18-00026-CV     V.

JOSEPH PAUL MANFRE, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-19280.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 26, 2018.